# 458

**No. 39701.**—Protests 919778–G, etc., of Invicta Seeland, Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400, the court dismissed the protests.

**No. 39702.**—Protest 871610–G of Briarwood Corp. (Cleveland).

Opinion by KEEFE, J.   The testimony established that the gourds were naturally dried and the ends, four or five inches from the stems, were sawed therefrom, the pith removed, and imported for use in the manufacture of calabash pipes. On the authority of *Anheuser-Busch* v. *United States* (207 U. S. 556) and *Quong* v. *United States* (20 C. C. P. A. 192, T. D. 45981) the merchandise was held to be more specifically provided for as a raw or unmanufactured article at 10 percent under paragraph 1558.

OCTOBER 18, 1938

**No. 39703.**— ▮▮▮▮▮▮ —Protests 655304–G, etc., of Laurence Phillips Lumber Co. Abstract 30113. Application by plaintiff for rehearing granted.

OCTOBER 19, 1938

**No. 39704.**— ▮▮▮▮▮▮▮▮ —Protests 836102–G, etc., of F. W. Jaeger et al. Abstract 39333. Application by Government for rehearing granted.

OCTOBER 24, 1938

**No. 39705.**—SUIT 4101.— ▮▮▮▮▮▮ —*George E. Warren Corp.* v. *United States*.   T. D. 49002 affirmed.

**No. 39706.**—Protests 950397–G, etc., of American Straw Goods Corp. (New York).

Opinion by BROWN, J.   The protests were dismissed.